**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

United States of America,

               Plaintiff,

-vs-

Nora C. Uzhca Uzhca,

               Defendant.

Case No: 3:26-po-61

Magistrate Judge Peter B. Silvain

## ORDER

On oral motion of the United States in open court, pursuant to Fed. R. Crim. P. 7(e), Count 1, a

Central Violation Bureau Citation number E2110708, in the above-captioned case, that annotates a

violation of Ohio Revised Code 4510.12, Operating a Motor Vehicle Without a Valid License, is hereby

amended to a forfeiture of collateral in the amount of $70.00 with a processing fee of $30.00 for a total

amount due of $100.00.

IT IS SO ORDERED.

Date: 7/23/26

United States Magistrate Judge

Assistant United States Attorney